UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                      DATE: September 2, 1999

**CIVIL NO. 97-2803 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===============================================================

| PEDRO SERRANO FIGUEROA | Attorneys: | Jane Becker |
| Plaintiff | | |
| v. | | |
| POPULAR INC., et al. | | Pedro Manzano |
| Defendant | | Luis Colón |

===============================================================

FURTHER SETTLEMENT CONFERENCE was held today. Counsel advised the Court that settlement discussions have been held but no agreement has been reached. The Court makes efforts to explore the nature and amount of plaintiff's claims and defendant's response thereof. No settlement was reached. The Court advised counsel to be ready for trail early in January.

**Pretrial** is set for **Wednesday, December 1, 1999 at 5 p.m.**

Cut-off for discovery is **November 30, 1999.**

LAW CLERK

s/c: Counsel of record
N:\MINUTES\97-2803 MEM