## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: November 24, 1999

PEDRO SERRANO

    Plaintiff

v.

POPULAR, INC.

    Defendants

CIVIL NO. 97-2803 (DRD)

 

**BY ORDER OF THE COURT**, the Pretrial Conference scheduled for

December 1, 1999 is hereby re-set for **December 22, 1999 at 9:00 A.M.**

before Honorable Daniel R. Domínguez.

**COURTROOM DEPUTY**

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Jane Becker, Esq.
Pedro Manzano, Esq.

52