UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                DATE: December 22, 1999

**CIVIL NO. 97-2803 (DRD)**

Courtroom Deputy: Janet **GONZALEZ**
==================================================================
PEDRO SERRANO FIGUEROA, et al.      Attorneys:

POPULAR, INC.                                       Pedro **MANZANO**
==================================================================

**STATUS CONFERENCE is held in chambers.** Attorney Becker is not present.

The Motion to transfer the Pretrial Conference scheduled for today, Dkt. No. 54, is granted. The Court would have preferred that counsel have sent a substitute attorney with authority and preparation to enter into a Settlement/Pretrial. Notwithstanding, the Court re-sets the conference for **December 28, 1999 at 4:30 P.M.**

The Court urges the parties to engage in serious settlement discussions in this case on December 27 or 28 enabling the Settlement Conference to be meaningful and productive. The parties and/or representatives with authority to settle are instructed to be present.

The Court grants the Motion requesting withdrawal of funds, Dkt. No. 50. Order to be issued.

                                              _____
                                              COURTROOM DEPUTY

s/c: Counsel of record