UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


Plaintiff(s) PEDRO M. SERRANO, ET AL.          CIVIL NO. 97-2803(DRD)

v.

Defendant(s) POPULAR, INC.

| MOTION | ORDER |
|---|---|
| Docket entry no. 51 | ☒ GRANTED. |
| Date: November 18, 1999. | ☐ DENIED. |
| Title: MOTION TO COMPEL PRODUCTION OF WITNESS. | ☐ MOOT. |
| | ☐ NOTED. |

Mr. Junquera is to provide a sworn statement as to his knowledge of the alluded facts.

RECEIVED AND FILED
99 DEC 23 AM 7:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: December 22, 1999.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE