IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO SERRANO FIGUEROA | |
| Plaintiff | |
| vs. | CIVIL NO. 97-2803 (DRD) |
| POPULAR, INC. | |
| Defendants | |

## **O R D E R**

The Motion requesting withdrawal of funds filed by plaintiff on November 12, 1999, Dkt. No. 50, is granted.

Hence, the Clerk of Court is ordered to pay plaintiff the sum of $13,514.67 which amount includes the interests accrued as of this date, less the 10% registration fee.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 22nd day of December, 1999.

DANIEL R. DOMINGUEZ
U. S. District Judge