UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO M. SERRANO et als.

v.                                    CASE NUMBER: 97-2803 (DRD)

POPULAR, INC. et als.

## ORDER

At a pretrial/settlement conference held on December 28, 1999, the parties advised the Court that a settlement had been reached. Accordingly, the court hereby dismisses all claims by Plaintiffs against Defendants **with prejudice** and without the imposition of costs, expenses or attorneys' fees. Stipulation must be filed within ten (10) days of notice of this Order.

The Court retains jurisdiction for compliance with the substantive terms of the parties' settlement agreement.

Judgment shall be entered accordingly.

IT IS SO ORDERED.

Date: December 30, 1999                    DANIEL R. DOMINGUEZ
                                           U.S. DISTRICT JUDGE