UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO M. SERRANO et als.

v.                                                                CASE NUMBER: 97-2803 (DRD)

POPULAR, INC. et als.

JUDGMENT

The Court, having entered on this same date Order of dismissal, hereby enters judgment dismissing this action against defendants with prejudice and without imposition of costs, expenses or attorneys' fees. The Court retains jurisdiction for compliance with the substantive terms of the settlement agreement in accordance with the Order issued on this same date.

DANIEL R. DOMINGUEZ
Date: December 30, 1999.                                U.S. District Judge

N:\97-2803 VOL

| Rec'd: | EOD: |
|---|---|
| By: | # |