UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO M. SERRANO, et al.,
v.
POPULAR, INC., et al.,

Civ. No. 97-2803 (DRD)
00-1548 (DRD)
Consolidated

## JUDGMENT

Pursuant to the Order issued by the Court on this same date, Civ. No. 00-1548 (DRD), consolidated with Civ. No. 97-2803 (DRD) is hereby **DISMISSED WITH PREJUDICE**. **IT IS SO ORDERED.**

November 30, 2000.

DANIEL R. DOMINGUEZ
U.S. District Judge