UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Pedro M. Serrano           CIVIL NO. 97-2803 (DRD)

v.

Defendant(s) Popular, Inc.

| MOTION | ORDER |
|---|---|
| Docket entry no. 75 | ☑ GRANTED. |
| Date: Feb. /12/01 | ☐ DENIED. |
| Title: Motion for an Order to Show Cause why Defendant Should not be Held in Contempt. | ☐ MOOT. |
| | ☐ NOTED. |

Defendant Popular, Inc. is ordered to show cause by March 23, 2001, why it should not be held in contempt for failure to comply with the terms of the settlement agreement entered into by the parties in the above captioned case.

RECEIVED AND FILED
01 MAR -6 AM 8:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

IT IS SO ORDERED.

Date: March /2/2001

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE